IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02427-BNB

KEITH FRAZIER,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 3 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

Applicant, Keith Frazier, is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility at Olney Springs, Colorado. Mr. Frazier has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a state court decision denying his request to discontinue the portion of his sentence that requires him to register as a sex offender. The court must construe the application liberally because Mr. Frazier is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Frazier will be ordered to file an amended pleading.

The court has reviewed the application and finds that it is deficient. The claims Mr. Frazier raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Frazier's

sentence. In fact, Mr. Frazier readily concedes in the application that he is not challenging the judgment of conviction in his state court criminal case. Therefore, Mr. Frazier will be directed to file an amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence.

Mr. Frazier is reminded that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Frazier file **within thirty (30) days from the date of this order** an amended pleading on the proper form. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Frazier, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Frazier fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED November 13, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02427-BNB

Keith Frazier
Prisoner No. 114542
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on   11/13/08  

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk