IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02427-BNB

KEITH FRAZIER,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, et al.,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2009

GREGORY C. LANGHAM
CLERK

ORDER TO DISCHARGE SHOW-CAUSE ORDER

On January 14, 2009, the court ordered Applicant to show cause why this action should not be dismissed for lack of jurisdiction. On February 2, 2009, Applicant filed a response to the show cause order. Based on Applicant's response, it appears that the court may have jurisdiction over this case. Therefore, the action will not be dismissed at this time for lack of jurisdiction. The January 14 show-cause order will be discharged. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on January 14, 2009, is discharged.

DATED February 6, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02427-BNB

Keith Frazier
Prisoner No. 114542
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/6/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk