IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02427-CMA-KMT

KEITH FRAZIER,

    Applicant,

v.

KENT LEIER, and
KENNETH R. BUCK, District Attorney of the 19th Judicial District of the State of Colorado,

    Respondents.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Before the court is "Applicant's Motion for Order Granting Petition for Writ of Habeas Corpus" (# 22, filed July 29, 2009). Applicant asks the court to grant his Petition for Writ of Habeas Corpus, asserting the respondents did not timely file an answer to the Order to Show Cause issued by Judge Christine M. Arguello on May 8, 2009, and, therefore, the petition is deemed confessed. In response to Applicant's Motion for Order, the respondents state that they timely filed their "Preliminary Response" on May 19, 2009.

The court construes Respondents' "Preliminary Response" (Doc. No. 21) as responsive to both Judge Arguello's Order to Answer (Doc. No. 19) and Order to Show Cause (Doc. No. 20). Applicant may file a traverse no later than September 27, 2009.

"Applicant's Motion for Order Granting Petition for Writ of Habeas Corpus" (# 22) is DENIED. The court will issue its recommendation to the district court in due course.

Dated: August 27, 2009