IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02427-CMA

KEITH FRAZIER,

    Applicant,

v.

KENT LEIER, and
KENNETH R. BUCK, District Attorney of the 19th Judicial District of the State of
    Colorado,

    Respondents.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that the Clerk of the Court for the District Court of Weld County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Keith Frazier***, Weld County District Court, **Case No. 07CR363**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before May 27, 2010.**

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Weld County District Court by email to

marci.hoffman@judicial.state.co.us and by regular mail to Clerk of the Court, Weld County District Court, 901 9th Ave., P.O. Box 2038 (80632), Greeley, CO 80631.

DATED at Denver, Colorado, this 28th day of April, 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge