IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02427-CMA

KEITH FRAZIER,

    Applicant,

v.

KENT LEIER, and
KENNETH R. BUCK, District Attorney of the 19th Judicial District of the State of
    Colorado,

    Respondents.

---

AMENDED ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

It is hereby ORDERED that the Clerk of the Court for the District Court of Weld County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Keith Frazier***, Weld County District Court, **Case No. 07CV363**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before June 1, 2010.** The Court's April 28, 2010, order requesting state records inadvertently referred to the criminal case no. 07CR363. The correct case is a civil case no. 07CV363.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the Weld County District Court by email to

marci.hoffman@judicial.state.co.us and by regular mail to Clerk of the Court, Weld County District Court, 901 9th Ave., P.O. Box 2038 (80632), Greeley, CO 80631.

DATED at Denver, Colorado, this 30th day of April, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge